UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.T.,<br><br>                    Plaintiff,<br><br>        -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>                    Defendants. | 22-CV-05915 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov /hon-arun-subramanian.

By Friday, August 18, 2023, at 5:00 p.m., the parties are hereby ORDERED to file on ECF a joint letter updating the Court on the status of settlement discussions, which were previously set to conclude by June 7, 2023. *See* ECF No. 25. If there has been no settlement as of August 18, 2023, any motions for summary judgment shall be due by September 27, 2023, at 5:00 p.m. The conference set for September 27, 2023, at 10 a.m. is adjourned pending further order of the Court.

SO ORDERED.

Dated: August 14, 2023
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge