UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.T., <br><br>                           Plaintiff, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, et al., <br><br>                          Defendants. | 22-CV-05915 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The parties have entered a joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) dismissing this case with prejudice, but which is styled as a "proposed" stipulation. *See* ECF No. 28. A stipulation under Rule 41(a)(1)(A)(ii) does not require further action by the Court. The parties shall refile the document as a stipulation of dismissal, and upon filing the case will be closed.

      The parties also appear to ask the Court to retain jurisdiction over this case to enforce the parties' settlement agreement (though they have not moved for such relief). The Court typically does not retain jurisdiction to enforce private settlement agreements, and no explanation is provided in the parties' submission. If the parties have good cause for an exception in this case, the parties should, by joint letter-motion filed in accordance with this Court's Individual

Practices, explain why continuing oversight over the parties' settlement agreement is needed.

This motion must be filed on or before August 21, 2023.

    SO ORDERED.

Dated: August 18, 2023
      New York, New York

                                    ARUN SUBRAMANIAN
                                    United States District Judge